**Order issued July 31, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

## No. 05-12-01644-CR

---

### JUAN ANDRE MARIN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

## O R D E R

Before Justices Moseley, Bridges, and Lang-Miers

Based on the Court's opinion of this date, we **GRANT** the February 27, 2013 motion of Robert T. Baskett for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Robert T. Baskett as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Juan Andre Marin, No. 1823747, Fort Stockton Transfer Facility, 1536 IH-10 East, Fort Stockton, Texas, 79735.

/David L. Bridges/

DAVID L. BRIDGES

JUSTICE